**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 99-2214**

―――――――――――

JEFFERY LEE GORE,

                                        Plaintiff - Appellant,

        versus

UNITED STATES DEPARTMENT OF JUSTICE; DRUG
ENFORCEMENT ADMINISTRATION; HORRY COUNTY
POLICE DEPARTMENT; TOM FOX, Officers: (Horry
County); DAVID BEATY, Lieutenant, Officers:
(Horry County); CHUCK BESSETT, PFC, Officers:
(Horry County); J. C. LILLEY, Corporal, Offi-
cers: (Horry County),

                                        Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Margaret B. Seymour, District Judge.
(CA-98-1041-4))

―――――――――――

Submitted:  March 9, 2000          Decided:  March 15, 2000

―――――――――――

Before WILKINS, TRAXLER, and KING, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Jeffery Lee Gore, Appellant Pro Se.  Barbara Murcier Bowens, OFFICE
OF THE UNITED STATES ATTORNEY, Columbia, South Carolina; Robert
Thomas King, WILLCOX, BUYCK & WILLIAMS, P.A., Florence, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jeffery Lee Gore appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Gore v. United States Dep't of Justice, No. CA-98-1041-4 (D.S.C. Aug. 11, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on August 10, 1999, the district court's records show that it was entered on the docket sheet on August 11, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).